IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

S<small>TEVEN</small> M V<small>IOLETTA</small>,
    Plaintiff,

vs.                                                            No. 16-1193-JTM

S<small>TEVEN</small> B<small>ROS</small>. S<small>PORTS</small> M<small>GMT</small>, LLC.,
    *et al.*,
    Defendants.

MEMEMORANDUM AND ORDER

Exercising its discretion and in the interests of justice, the court grants Plaintiff's Motion for Leave to File Out of Time (Dkt. 139). Defendants' Motion to Find Summary Judgment Motion Uncontested (Dkt. 138) is denied.

Plaintiff's Motion for Leave to File Under Seal (Dkt. 140) is granted.

IT IS SO ORDERED this 26th day of March, 2018.

                                        ___s/ J. Thomas Marten___
                                        J. Thomas Marten, Judge